PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHEIDA KHAKSARI,                  | CASE NO. 2:23-CV-01035-KJN                           |
|-----------------------------------|------------------------------------------------------|
| Plaintiff,                        | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME    |
| v.                                |                                                      |
| RENA BITTER, ET AL.,              |                                                      |
| Defendants.                       |                                                      |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa applications of Plaintiff's parents. The visa case of Plaintiff's mother is currently documentarily qualified and awaiting scheduling for a consular interview. The visa case of Plaintiff's father is currently refused for administrative processing, following an October 2021 consular interview. The parties anticipate that this lawsuit will soon be rendered moot once the Department of State completes its adjudication of the two visa cases.

///
///
///
///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is October 10, 2023. The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated: August 3, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: August 8, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

khak.1035